UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHERRY COUNCIL BENNETT,

Plaintiff,

v.                          4:11-cv-124

PREMIERE CREDIT OF NORTH AMERICA, LLC, and EDUCATIONAL CREDIT MANAGEMENT CORP.,

Defendants.

## ORDER

Before the Court is Plaintiff Sherry Council Bennett's ("Bennett") implied motion for leave to appeal in forma pauperis ("IFP"). *See* Doc. 57.

Bennett filed suit against Educational Credit Management Corporation ("ECM") and Premiere Credit of North America, LLC ("Premiere") for illegally garnishing her paycheck to repay a student loan debt. *See* Doc. 1-1 at 3-7. The Court granted ECM's motion for summary judgment. *See* Doc. 38. The Court later denied Bennett's motions for reconsideration and granted Premiere's motion for summary judgment. *See* Docs. 52; 53. Bennett timely appealed. *See* Doc. 55.

"A party to a district-court proceeding who did not proceed in the district court IFP and who wishes to take an appeal IFP must move in the district court for permission to do so." 16AA CHARLES ALAN WRIGHT ET AL., FED. PRAC. & PROC. JURIS. § 3970 (4th ed. 2012); *see also* FED. R. APP. P. 24(a)(1).

To obtain IFP status on appeal, Bennett has filed a short affidavit attesting to her financial situation. Nevertheless, her affidavit does not satisfy Federal Rule of Appellate Procedure 24(a)(1).

> [A] party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
>
> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
>
> (B) claims an entitlement to redress; and
>
> (C) states the issues that the party intends to present on appeal.

FED. R. APP. P. 24(a)(1).

Bennett is **ORDERED** to submit a revised motion and affidavit that complies with Federal Rule of Appellate Procedure 24(a)(1) within ten (10) days of this Order. The Court will then consider whether to grant or deny her request to appeal IFP.

This 13th day of June 2012.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA